# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155849(80)(81)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN LOVETO CAMERON, JR.,
      Defendant-Appellant.
_____/

SC: 155849
COA: 330876
Washtenaw CC: 13-001315-FH

On order of the Chief Justice, the motion of the Attorney General to share five minutes of the plaintiff-appellee's allotted time for oral argument is GRANTED. On further order of the Chief Justice, the motion of the Michigan District Judges Association for five minutes of argument time separate from that of the parties is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2018



Clerk